NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ESTECH SYSTEMS, INC.,**
*Appellant*

v.

**RINGCENTRAL, INC.,**
*Appellee*

_____

2023-1241

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00573.

_____

**O R D E R**

The parties having so agreed, it is ordered that:


(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                       ESTECH SYSTEMS, INC. V. RINGCENTRAL, INC.

(2)  Each side shall bear their own costs.


                              FOR THE COURT

May 19, 2023
    Date                      /s/ Peter R. Marksteiner
                              Peter R. Marksteiner
                              Clerk of Court


**ISSUED AS A MANDATE:** May 19, 2023